IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     v.                         )<br>                                )<br>KELLY JAMES LONG,               )<br>                                )<br>          Defendant.            )<br>_____) | No. CR.S-04-120 DFL<br><br>[Proposed] <u>SEALING ORDER</u> |

   Upon application of the United States of America and good cause having been shown,

   **IT IS HEREBY ORDERED** that the government's sentencing memorandum in the above-referenced case be, and is, hereby ordered sealed until further order of this Court.

Date: 5/11/2005

_____
DAVID F. LEVI
United States District Judge

1