1   QUIN DENVIR, Bar #49374
    Federal Defender
2   RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

    Attorney for Defendant
6   KELLY JAMES LONG

7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    UNITED STATES OF AMERICA,       )   NO. CR. S. 04-120-DFL
13                                  )
                    Plaintiff,      )   **STIPULATION FOR ORDER EXTENDING**
14                                  )   **DATE FOR SELF-SURRENDER; ORDER**
         v.                         )
15                                  )
    KELLY JAMES LONG                )   Judge: Hon. David F. Levi
16                                  )
                    Defendant.      )
17                                  )
    _____)
18

19

20      Defendant, through counsel, hereby requests an extension of his

    self-surrender from June 2, 2005 to June 27, 2005 at 2:00 p.m.  The
21
    United States does not oppose this request.  Mr. Long seeks an
22
    extension of time to self-surrender because no written judgment has
23
    been issued in his case yet, and therefore the BOP has not yet been
24
    able to designate him to a facility.  The extension of time to self-
25
    surrender will permit him to self-surrender directly to the facility
26
    //
27
    //
28

1  designated by BOP and save the Marshals the expense of transporting him

2  and housing him at the Sacramento County Jail until designation and

3  transport.

4       Based upon the foregoing, the parties stipulate and request that

5  this Court enter an Order extending the self-surrender date to June 27,

6  2005, at 2:00 p.m.

7

8  Dated:  May 25, 2005

                                    Respectfully submitted,
9
                                    QUIN DENVIR
10                                   Federal Defender

11
                                    /s/ Rachelle Barbour_____
12                                   RACHELLE BARBOUR
                                    Assistant Federal Defender
13
14                                   McGREGOR SCOTT
                                    United States Attorney
15

16
                                    By /s/ Rachelle Barbour for
17                                   PHIL FERRARI
                                    Asst. U.S. Attorney
18                                   Attorney for Plaintiff

19

20

21                           **O R D E R**

22      The date of June 2, 2005 for self-surrender is vacated.  The new

23  date of June 27, 2005 at 2:00 p.m. is set for self- surrender.

24  DATED: May 26, 2005

25                                   ___/s/ David F. Levi_____
                                    DAVID F. LEVI
26                                   United States District Judge

27

28

                                    2