```
FILED
April 3, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>         Plaintiff,     )<br>v.                            )<br>                               )<br>KELLY LONG,           )<br>                               )<br>        Defendant.    ) | Case No. 2:04-CR-0120 DFL<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KELLY LONG__ , Case No. __2:04-CR-0120__,

Charge __18:3606 - Petition Violation__ , from custody by 2:00 PM this date.

      ___   Release on Personal Recognizance

      ___   Bail Posted in the Sum of $___

           ___   Unsecured Appearance Bond

           ___   Appearance Bond with 10% Deposit

           ___   Appearance Bond with Surety

           ___   Corporate Surety Bail Bond

           _✔_   (Other)     __Defendant is to be released to his father for transportation to a Community Corrections Center__

Issued at __Sacramento, CA__ on __April 3, 2007__ at __9:56 am__ .

                                                  By _/s/ Lawrence K. Karlton_<br>
                                                  Lawrence K. Karlton<br>
                                                  United States District Judge

Copy 5 - Court